**United States District Court**
For the Northern District of California

1
2
3
4                      UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA
6   IRMA RAMIREZ, ET AL.,                    Case No.  C11-01372 JCS
7              Plaintiff(s),
                                            **REPORT AND RECOMMENDATION**
8        v.
9   PERRYS DELICATESSEN,  ET AL.,
10             Defendant(s).
    _____/
11
12
13        The parties have filed a stipulation of dismissal and proposed order seeking dismissal of the
14   case under Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Defendants are proceeding pro se
15   and have not consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c).
16   Therefore, this case is reassigned to a district court judge with the recommendation that the proposed
17   order be entered by the district court.
18
19
20   Dated: September 23, 2011
21                                          _____
                                           JOSEPH C. SPERO
22                                         United States Magistrate Judge
23
24
25
26
27
28