UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, ET AL., | Case No. C11-01372 JCS |
| Plaintiff(s), | **REPORT AND RECOMMENDATION** |
| v. | |
| PERRYS DELICATESSEN, ET AL., | |
| Defendant(s). | |

The parties have filed a stipulation of dismissal and proposed order seeking dismissal of the case under Rule 41(a)(1) of the Federal Rules of Civil Procedure. Defendants are proceeding pro se and have not consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c). Therefore, this case is reassigned to a district court judge with the recommendation that the proposed order be entered by the district court.

Dated: September 23, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge