1   THOMAS E. FRANKOVICH (State Bar #074414)
    THOMAS E. FRANKOVICH
2   *A PROFESSIONAL LAW CORPORATION*
    4328 Redwood Hwy, Suite 300
3   San Rafael, CA   94903
    Telephone:    415/674-8600
4   Facsimile:    415/674-9900

5   Attorneys for Plaintiffs IRMA RAMIREZ and DAREN HEATHERLY,
    each an individual;

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9   IRMA RAMIREZ and DAREN              )     **CASE NO. CV-11-1372-JCS**
    HEATHERLY,                          )
10                                      )     **STIPULATION OF DISMISSAL AND**
              Plaintiffs,               )     **[PROPOSED] ORDER THEREON**
11                                      )
    v.                                  )
12                                      )
                                        )
13  PERRY'S DELICATESSEN #10; ROBERT    )
    COCHRAN; and DONNA COCHRAN,         )
14                                      )
              Defendants.               )
15  _____)

16

17          The parties, by and through their respective counsel, stipulate to dismissal of this action in

18  its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the

19  Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own

20  costs and attorneys' fees.  The parties further consent to and request that the Court retain

21  jurisdiction over enforcement of the Agreement.  *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S.

22  375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement

23  agreements).

24          Therefore, IT IS HEREBY STIPULATED by and between parties to this action through

25  their designated counsel that the above-captioned action be and hereby is dismissed with prejudice

26  ///

27  ///

28  ///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON       **CV-11-1372-JCS**

1    pursuant to Federal Rules of Civil Procedure section 41(a)(1).

2          This stipulation may be executed in counterparts, all of which together shall constitute one

3    original document.

4

5    Dated: September 21, 2011                    THOMAS E. FRANKOVICH
                                                  *A PROFESSIONAL LAW CORPORATION*
6

7
                                                  By: __/s/ *Thomas E. Frankovich*___
8                                                     Thomas E. Frankovich
                                                  Attorney for Plaintiffs IRMA RAMIREZ and
9                                                  DAREN HEATHERLY, each an individual

10

11   Dated: _____, 2011                 ROBERT COCHRAN, In Pro Per

12

13                                                By: _____

14                                                    ROBERT COCHRAN, In Pro Per

15
     Dated: _____, 2011                 DONNA COCHRAN, In Pro Per
16

17                                                By: _____

18                                                    DONNA COCHRAN, In Pro Per

19
                                         **ORDER**
20

21         IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to

22   Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the

23   purpose of enforcing the parties' Settlement Agreement and General Release  for three years.

24

25

26   Dated:   October 5, 2011.                    _____

27                                                William Alsup
                                                  UNITED STATES DISTRICT JUDGE
28

1    pursuant to Federal Rules of Civil Procedure section 41(a)(1).

2        This stipulation may be executed in counterparts, all of which together shall constitute one

3    original document.

4

5    Dated: _____, 2011              THOMAS E. FRANKOVICH
                                               *A PROFESSIONAL LAW CORPORATION*
6

7
                                               By:_____
8                                                    Thomas E. Frankovich
                                                  Attorney for Plaintiffs IRMA RAMIREZ and
9                                                 DAREN HEATHERLY, each an individual

10

11   Dated: *Sept 21*, 2011                    ROBERT COCHRAN, In Pro Per

12
                                               By: *Robert Cochran*
13                                                  ROBERT COCHRAN, In Pro Per

14

15   Dated: *Sept. 21*, 2011                   DONNA COCHRAN, In Pro Per
16
                                               By: *Donna Cochran*
17                                                  DONNA COCHRAN, In Pro Per
18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          CV-11-1372-JCS
                                                                                   -2-